# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2009

137500

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANDRE BEZEAU,
         Plaintiff-Appellant,

v

                                               SC: 137500
                                               COA: 285593
                                               WCAC: 03-000101

PALACE SPORTS & ENTERTAINMENT, INC.,
         Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the September 5, 2008 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the jurisdictional standard established at MCL 418.845, as interpreted by this Court in *Karaczweski v Farbman Stein Co,* 478 Mich 28 (2007), should be applied in this case. The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers.

       The Worker's Compensation Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2009
                                                          _____
0505                                                        Clerk